UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

UNITED STATES OF AMERICA          )
                                  )          Case No. 1:11-cr-101
v.                                )
                                  )          COLLIER / LEE
MARK DANIEL BOWMAN                )

REPORT AND RECOMMENDATION

Pursuant to 28 U.S.C. § 636(b), I conducted a plea hearing in this case on August 1, 2012.
At the hearing, defendant moved to withdraw his not guilty plea to Count One of the one-count
Indictment and entered a plea of guilty to Count One of the Indictment, in exchange for the
undertakings made by the government in the written plea agreement.  On the basis of the record
made at the hearing, I find the defendant is fully capable and competent to enter an informed plea;
the plea is made knowingly and with full understanding of each of the rights waived by defendant;
the plea is made voluntarily and free from any force, threats, or promises, apart from the promises
in the plea agreement; the defendant understands the nature of the charge and penalties provided by
law; and the plea has a sufficient basis in fact.

Therefore, I **RECOMMEND** defendant's motion to withdraw his not guilty plea to Count
One of the Indictment be granted, his plea of guilty to Count One of the Indictment be accepted, the
Court adjudicate defendant guilty of the charges set forth in Count One of the Indictment, and a
decision on whether to accept the plea agreement be deferred until sentencing.   Defendant's bond
was revoked and I further **RECOMMEND** defendant remain in custody until sentencing in this
matter.  Acceptance of the plea, adjudication of guilt, acceptance of the plea agreement, and

imposition of sentence are specifically reserved for the district judge.

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE


NOTICE TO PARTIES

You have the right to *de novo* review of the foregoing findings by the district judge.  Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than fourteen days after the plea hearing.  Failure to file objections within fourteen days constitutes a waiver of any further right to challenge the plea of guilty in this matter.  See 28 U.S.C. §636(b).